IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 1:12CR00289 - 01 |
|---|---|
| v. | |
| Michael Shawn Sharrer | ORDER REMOVING LOCATION MONITORING CONDITION PENDING VOLUNTARY SURRENDER |

**IT IS ORDERED THAT the condition of Location Monitoring be removed to allow the defendant to travel to FCI Herlong, CA to surrender for service of sentence on April 25, 2013.**

**IT IS SO ORDERED THIS** \_\_24\_\_ **day of** _April_, 2013.

_____
The Honorable Owen M. Panner
U.S. District Judge

**Submitted by U.S. Pretrial Services**